J. Steven Sparks/Bar No. 015561
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
(602) 532-5769
Steve.Sparks@SandersParks.com

*Attorneys for Defendant Stillwater Insurance*
    *Company, f/k/a Fidelity National Insurance*
    *Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Michalak and Nina Andrews,<br><br>Plaintiffs,<br><br>v.<br><br>Stillwater Insurance Company, a foreign insurer, f/k/a Fidelity National Insurance Company, a foreign insurer,<br><br>Defendants. | **DEFENDANT STILLWATER INSURANCE COMPANY'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446, Defendant Stillwater Insurance Company ("Stillwater") removes this action from Maricopa County Superior Court in Arizona to this Court based on diversity jurisdiction.  In that regard, Defendant Stillwater states as follows:

1.      On or about November 17, 2014, Plaintiffs Michael Michalak and Nina Andrews ("Plaintiffs") filed a lawsuit in Arizona state court against Stillwater Property & Casualty Insurance Company ("Stillwater P&C") in a case styled *Michael Michalak and Nina Andrews v. Stillwater Property & Casualty Insurance Company, a foreign insurer,  f/k/a  Fidelity National Insurance Company*, *a foreign insurer,* Superior Court of Arizona, Maricopa County, No. CV2014-013109.  In the lawsuit, Plaintiffs alleged that Stillwater P&C breached a contract of insurance and committed insurance bad faith as related to Plaintiffs, resulting in damage to

1  Plaintiffs.  Plaintiffs were then advised that Stillwater P&C did not issue a policy of insurance to
2  Plaintiffs and that there was no basis for a breach of contract or bad faith action against
3  Stillwater P&C.

4      2.      On December 31, 2014, Plaintiffs filed a First Amended Complaint correcting the
5  caption and naming Stillwater Insurance Company as a defendant for the first time.  The caption
6  of the Amended Complaint is entitled *Michael Michalak and Nina Andrews v. Stillwater*
7  *Insurance Company, a foreign insurer, f/k/a  Fidelity National Insurance Company*, *a foreign*
8  *insurer,*  A complete copy of all pleadings and other documents filed in the state court
9  proceedings in this matter is attached as Exhibit A, along with a verification of counsel attesting
10 to the completeness and accuracy of Exhibit A.

11      3.      In their Complaint, Plaintiffs allege that their residence, which was at all relevant
12 times located at 315 W. Indian Road, Gila Bend, Maricopa County, Arizona, was burglarized
13 and then purposely set on fire, thereby destroying the home and the remainder of its contents.
14 Plaintiffs further allege that "property was destroyed and other valuable property was stolen
15 from the residence, including but not limited to tools, computer equipment, camera equipment,
16 guns, jewelry, and movies."  (Ex. A, Am. Compl. )

17      4.      Plaintiffs further allege that Defendant Stillwater Insurance Company issued a
18 policy of homeowners insurance and breached that insurance policy, thereby causing Plaintiffs
19 to suffer tremendous damage and injury.  (Ex. A, Am. Compl. )

20      5.      Throughout the pendency of the insurance claim submitted to Stillwater Insurance
21 Company, Plaintiffs alleged that they suffered a loss of more than $520,000 in damage and theft
22 of personal property in the fire and/or the burglary. In addition, Plaintiffs now allege claims for
23 breach of the duty of good faith and fair dealing and seek an award of punitive damages against
24 Stillwater "in an amount appropriate to punish, deter, and set an example of Defendants."  (Ex.
25 A, Am. Compl.).  Finally, Plaintiffs seek an award of attorneys' fees against Stillwater.

26

6.      Based upon the location of their residence and the allegations of the First Amended Complaint, Plaintiffs are thus citizens of Arizona for the purposes of 28 U.S.C. § 1332.

7.      Stillwater is a California corporation with its principal place of business in Jacksonville, Florida. (Ex. B, Decl. of Dane Spurgeon.)

8.      Stillwater is thus not a citizen of Arizona for purposes of 28 U.S.C. § 1332.

9.      There is complete diversity of citizenship between Plaintiffs and Stillwater.

10.     Plaintiffs did not request a specific amount of damages in their December 31, 2014 First Amended Complaint, presumably due to Rule 8(g) of the Arizona Rules of Civil Procedure, which states that for cases not involving a sum certain, the pleading shall not specify the amount of damages sought.  But Plaintiffs did file a certificate in which they contend that their damages in this case exceed the $50,000 limit for mandatory arbitration in Maricopa County. (Ex. C, Cert. of Compulsory Arb; A.R.S. § 12-133; Rule 3.10, Local Rules of Practice, Superior Court, Maricopa County.)  Plaintiff's First Amended Complaint alleges the following claims: (1) breach of contract; and (2) tortious breach of covenant of good faith and fair dealing/bad faith and, as stated above, seeks an award of punitive damages and attorneys' fees. (Ex. A., First Am. Compl.)

11.     Based on the above-information, the amount-in-controversy requirement is satisfied.  *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996) (holding that where plaintiff's complaint does not specify amount of damages, removing defendant need only show that it is "more likely than not" that amount in controversy exceeds jurisdictional amount).

12.     If Plaintiffs initially had filed this lawsuit in federal court, this Court would have had diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

13.     Removal is thus proper under 28 U.S.C. § 1441(a), (b), and § 1446.

14.     This Notice of Removal is filed within the 30-day time limit set forth in 28 U.S.C. § 1446(b).

15.     Removal has been perfected within one year of the commencement of the action as required by 28 U.S.C. § 1446(b).

16.     Pursuant to 28 U.S.C. § 1446(d), Stillwater is serving (or has served) all adverse parties with a copy of this Notice of Removal.

17.     Pursuant to 28 U.S.C. § 1446(d) and Federal Local Rule 3.7, Stillwater is concurrently filing a copy of this Notice of Removal with the clerk in the state court action.

18.     Pursuant to Federal Local Rule 3.7, true and complete copies of all pleadings and other documents filed in the state court proceeding prior to this Notice of Removal are being filed herewith in this Court under Exhibit A.

Stillwater respectfully requests that this cause of action be removed from the state court to this Court.


RESPECTFULLY SUBMITTED this 30th day of January, 2015.

SANDERS & PARKS, P.C.


By ___/s/ J. Steven Sparks_____
J. Steven Sparks
3030 North Third Street, Ste. 1300
Phoenix, AZ  85012-3099
*Attorneys for Defendant Stillwater Insurance Group, f/k/a Fidelity National Property and Casualty Group*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 30, 2015, I electronically transmitted the attached

3

document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of

4

Electronic Filing to the following ECF registrants:

5

Lisa Counters
The Counters Firm, P.C.

6

4809 E. Thistle Landing Dr., Ste. 100
Phoenix, AZ  85044

7

Lisa@Countersfirm.com

8

Suzanne M. Ganier
ALEXI Professional Services

9

smganier@alexipro.com

10

*Attorneys for Plaintiff*

11

12

13

By ___/s/ *Zina B. Seyferth*_____

14

15

16

17

18

19

20

21

22

23

24

25

26